RECEIVED
AUG 1 2 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:20-CR-144 |
| v. | INDICTMENT |
| CODY JAMES VANCENBROCK, | T. 21 U.S.C. § 841(a)(1) |
| Defendant. | T. 21 U.S.C. § 841(b)(1)(C) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Distribution of a Controlled Substance Resulting in Death or Serious Injury)**

On or about August 4, 2019, in the Southern District of Iowa, the defendant, CODY JAMES VANCENBROCK, knowingly distributed a controlled substance, namely a mixture or substance containing methamphetamine, a Schedule II controlled substance, resulting in serious bodily injury or death to Victim #1.

This is a violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Laura M. Roan
Assistant United States Attorney