IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 4:20-CR-144 |
| v. | ) |
| | ) MOTION TO STAY ORDER OF |
| CODY JAMES VANCENBROCK, | ) RELEASE PENDING APPEAL |
| | ) |
| Defendant. | ) |
| | ) |

The United States of America requests that the Court issue an Order staying the release of Defendant from custody of the United States Marshals Service. Additionally, the government requests that the stay remain in effect pending review of the Order of release by the District Court, pursuant to Title 18, United States Code, Section 3145(a)(1). A Notice of Appeal will be submitted contemporaneously to this Motion.

On August 31, 2020, the magistrate judge held a detention. (DCD 20.) During the hearing, the government called Iowa DCI Special Agent Don Schnitker to testify regarding the details of the case. During his testimony, Agent Schnitker relayed that on August 4th or 5th, 2019, Defendant injected Ashley Shafer, age 24, with methamphetamine at an apartment in Oskaloosa, Iowa. Defendant supplied the methamphetamine that he injected into Shafer's body. (Detention Hearing Transcript, DCD 37, 5-7.) Then, Defendant and three others present at the apartment watched her die. Defendant did not call 911 or seek medical help. No one

present did. (*Id.*)  After Shafer died, Defendant and an eyewitness drove her body to the Skunk River, tied a tire to her ankles using an electrical cord and dumped her face-down in the water. (*Id.*)  Her body was discovered floating in the river the following day on August 6th, 2019. (*Id.* at 6.) Defendant was arrested on August 20, 2019 on state charges and remained in custody state custody until he was transferred to federal custody following his indictment in the Southern District of Iowa. (*Id.* at 8.)

The United States Probation Office recommended detention because there were no release conditions sufficient to protect the community or ensure Defendant's appearance at future court hearings. (DCD 15.)  Following the hearing, the magistrate judge ultimately entered an Order releasing Defendant to inpatient treatment at Bridges of Iowa.  (DCD 33.)

Finally, this is a rebuttable presumption case that no condition or combination of conditions of release will reasonably assure Defendant's appearance and the safety of the community.  18 U.S.C. § 3142(e)(3).  Defendant has failed to rebut that presumption.  The evidence has clearly established, by clear and convincing evidence, that Defendant is a danger to the community and, by a preponderance of the evidence, that Defendant presents a risk of non-appearance.

THEREFORE, the government respectfully requests the Court grant this Motion and enter an Order staying the release of Defendant from custody of the United States Marshals Service until the matter can be reviewed pursuant to Title 18, United States Code, Section 3145(a)(1).

            Respectfully submitted,

            Marc Krickbaum
            United States Attorney

By: */s/ Laura M. Roan*
            Laura M. Roan
            Assistant United States Attorney
            United States Courthouse Annex
            110 East Court Avenue, Suite 286
            Des Moines, Iowa 50309-2053
            Tel: (515) 473-9300
            Fax: (515) 473-9292
            Email: laura.roan@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by:

____ U.S. Mail   ____ Fax   ____ Hand Delivery

__X__ ECF/Electronic filing   ____ Other means (email)

UNITED STATES ATTORNEY

By:   */s/ Laura M. Roan*