IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) Criminal No. 4:20-CR-144 |
| v. | ) ) NOTICE OF APPEAL |
| CODY JAMES VANCENBROCK, | ) ) |
| Defendant. | ) |

The United States of America hereby enters notice of its appeal to the District Court of the Magistrate Judge's Order and Conditions of Release entered on September 16, 2020. (DCD 33, 34.) This appeal is taken pursuant to Title 18, United States Code, Section 3145(a)(1).

                                                Respectfully submitted,

                                                Marc Krickbaum
                                                United States Attorney

By:  */s/ Laura M. Roan*
        Laura M. Roan
        Assistant United States Attorney
        United States Courthouse Annex
        110 East Court Avenue, Suite 286
        Des Moines, Iowa 50309-2053
        Tel: (515) 473-9300
        Fax: (515) 473-9292
        Email: laura.roan@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by:
____ U.S. Mail ____ Fax ____ Hand Delivery

 X  ECF/Electronic filing ___ Other means (email)

By: */s/ Laura M. Roan*

1