IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>v.<br>CODY JAMES VANCENBROCK,<br>　　　Defendant. | No. 4:20-cr-00144-RGE-CFB<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |

On August 12, 2020, an Indictment was filed against Defendant Cody James Vancenbrock, charging Defendant with distributing a controlled substance resulting in death or serious injury, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) (Count 1). On February 17, 2021, Defendant appeared before United States Magistrate Judge Celeste F. Bremer and entered a plea of guilty to Count 1 of the Indictment. On this same date, the magistrate judge filed a Report and Recommendation, which recommends that Defendant's guilty plea be accepted. No objections to the Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of the recommendation to accept Defendant's plea in this case.

The standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case, no objections have been filed, and it appears to the Court upon review of the Report and Recommendation that there is no ground to reject or modify the Report and Recommendation. Therefore, the Court accepts the Report and Recommendation of February 17, 2021, and accepts Defendant's plea of guilty in this case to Count 1 of the Indictment.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2021.

_Rebecca Goodgame Ebinger_
REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE